Nathan D. Chapman (SBN 338735)
nchapman@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
333 S. Grand Avenue, Suite 2225
Los Angeles, CA 90071
Telephone: (213) 493-3988
Facsimile: (404) 400-7333

Attorneys for Defendants
Randstad Inhouse Services, LLC

James B. Hardin
jhardin@hardinemploymentlaw.com
HARDIN LAW GROUP, APC
23 Corporate Plaza Dr., Ste. 150
Newport Beach, CA 92660
Telephone: (949) 337-4810
Facsimile: (949) 209-4853

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IQRA KHAN, and ISMAEL KEVON DAVIS, individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> RANDSTAD INHOUSE SERVICES, LLC., a Delaware Corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. 2:22-cv-02288-JAM-JDP <br><br> **JOINT STIPULATION AND ORDER TO STAY CASE PENDING BINDING ARBITRATION** <br><br> Case Removed: December 22, 2022 |

Plaintiffs Iqra Khan and Ismael Davis ("Plaintiffs") filed a Complaint in the above-titled action (hereinafter "Action") against Defendant Randstad Inhouse Services, LLC ("Randstad") (together with Plaintiff, the "Parties") asserting employment-related claims arising from Plaintiffs' employment with Randstad. Plaintiff and Randstad, by and through their respective counsel of record, hereby stipulate and agree to the following:

1. Plaintiffs and Randstad are parties to separate Agreements to Arbitrate dated July 14, 2022, which purport to require separate binding individual arbitrations of Plaintiff Khan's and Plaintiff Davis's claims against Randstad.

2. Plaintiffs and Randstad have agreed to have this matter submitted to binding arbitration before the American Arbitration Association ("AAA") pursuant to the Agreements to Arbitrate.

3. The Parties stipulate to a Stay of all Court proceedings until the completion of the binding arbitrations and request that the Court stay this matter pending the outcome of the AAA arbitrations.

4. Once the arbitrators' awards are final, any Party may apply to the Court as provided in the Agreement to Arbitrate and pursuant to the Federal Arbitration Act, to confirm, vacate, or modify the arbitrators' awards pursuant to applicable law.

5. This Stipulation may be executed in any number of facsimile or electronic counterparts, each of which shall be deemed an original, and all such counterparts taken together shall be deemed to constitute one and the same instrument.

DATED: January 27, 2023        KABAT CHAPMAN & OZMER LLP

                               By:   /s/ Nathan D. Chapman
                                     Nathan D. Chapman

                                     Attorney for Defendant
                                     Randstad Inhouse Services, LLC

                               HARDIN LAW GROUP, APC

                               By:   /s/ James B. Hardin
                                     James B. Hardin (as authorized on 01/27/2023)

                                     Attorney for Plaintiffs

PURSUANT TO THE STIPULATION THE COURT HEREBY ORDERS that Plaintiff shall initiate arbitration by submitting a written demand to AAA, pursuant to the Agreement to Arbitrate and as provided in the above stipulation. The above-captioned matter is hereby stayed pending the arbitration of this matter. Once the arbitrator's award is final, any party may apply to the Court, as provided in the Agreement to Arbitrate and pursuant to the federal Arbitration Act, to confirm, vacate, or modify the arbitrator's award.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:  January 27, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE